**Opinion issued June 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00227-CV

———————————

### KEYNOA EVANS, Appellant

### V.

### PINES OF NORTHWEST CROSSING, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1058198**

---

## MEMORANDUM OPINION

Appellant, Keynoa Evans, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.